### February 14, 2013

| | | |
|---|---|---|
| CAAP–11–00 01107, CAAP– | Hawai'i State Teachers Ass'n, In re | Affirmed |